FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 30 2015

JAMES W. McCORMACK, CLERK
By:_____
                       DEP CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| RONALD FRECHETTE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 4:15cv676-SWW |
| ) | |
| ALLIED INTERSTATE LLC,; and ) | |
| DOE 1-5 ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

### (Jury Trial Demanded)

1.      Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2.      This Court exercises jurisdiction under 15 U.S.C. 1692k and 28 U.S.C. 1331. This District is of proper venue as Plaintiff is a resident within this District and Defendant engaged in the activity alleged herein while Plaintiff so resided.

This case assigned to District Judge Wright
and to Magistrate Judge Harris

1

## PARTIES

3. Plaintiff, RONALD FRECHETTE (hereinafter "Plaintiff" or "Mr. Frechette"), is a natural person residing in Jacksonville, Arkansas. Defendant, ALLIED INTERSTATE LLC, (hereinafter "Defendant") is a limited liability company believed to maintain its principle place of business at 12755 State Highway 55 Suite 300 in Plymouth, MN. Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOE 1-5, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities once ascertained. Plaintiff believes and thereon alleges that the fictitiously named defendants are responsible in some manner for the occurrences herein alleged, and that such defendants are responsible to Plaintiff for damages and/or monies owed. Defendants ALLIED INTERSTATE LLC and DOE 1-5 shall be jointly referred to as "Defendants" herein.

4. Defendants regularly operate as third-party debt collector and are "debt collectors" as defined in 15 U.S.C. 1692a.

## FACTUAL ALLEGATIONS

5. Defendants called Mr. Frechette's home phone number in connection with an attempt to collect on a consumer debt from an individual Mr. Frechette had no relation with or contact information.

6. Defendants began calling Mr. Frechette on or before October 21, 2014 with the use of an automated dialer and pre-recording message, the content of which is as follows: "Hello, I'm calling from Allied Interstate LLC, a collection agency that is attempting to collect a debt and information obtained will be used for that purpose. Please call us at 888-253-3108."

7. Due to Defendants' use of an automated dialer and pre-recording message, Mr.

Frechette was unable to speak with anyone to advise Defendants that they were calling his number in error.

8. Defendants placed no less than 171 automated/pre-recorded calls to Mr. Frechette between October 21, 2014 and March 27, 2015.

9. Mr. Frechette, increasingly harassed and concerned with Defendants' calls, obtained counsel with Centennial Law Offices.

## CAUSES OF ACTION

### COUNT I

10. Plaintiff re-alleges paragraphs 1 through 9, inclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and herein alleges that Defendants violated 15 U.S.C. 1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of a debt.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendant for recovery, each count in the alternative, as follows:

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

2.) For $1,955.00 in legal costs incurred in responding to unlawful collection activity.

3.) For prejudgment interest in an amount to be proved at time of trial;

4.) For attorney's fees pursuant to 15 U.S.C. 1692(k)

5.) For the costs of this lawsuit; and

6.) For any other and further relief that the court considers proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Date:  October 27, 2015

ROBERT AMADOR, ESQ.
Attorney for Plaintiff DOMINIQUE HARVEY
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com