# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **RONALD FRECHETTE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:15-cv-00676-SWW |
| **ALLIED INTERSTATE LLC;** and DOE 1-5, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that plaintiff Ronald Frechette and defendant ALLIED INTERSTATE LLC have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by March 21, 2016, at which time Plaintiff will file a voluntary dismissal of the entire action.

February 5, 2016

                                                                      s/Robert Amador_____
                                                                      ROBERT AMADOR, ESQ.
                                                                       Attorney for Plaintiff Ronald Frechette
                                                                       Centennial Law Offices
                                                                       9452 Telephone Rd. 156
                                                                       Ventura, CA. 93004
                                                                       (888)308-1119 ext. 11
                                                                       (888)535-8267 fax
                                                                       R.Amador@centenniallawoffices.com

**CERTIFICATE OF SERVICE**

    I certify that on this date, February 5, 2016, I caused a copy of the foregoing Notice of Settlement to be mailed, First Class U.S. Mail, to the following party:

ALLIED INTERSTATE LLC
 12755 State Highway 55, Suite 300
 Plymouth MN 55441

                                              s/Robert Amador_____
                                              ROBERT AMADOR, ESQ.
                                              Attorney for Plaintiff Ronald Frechette
                                              Centennial Law Offices
                                              9452 Telephone Rd. 156
                                              Ventura, CA. 93004
                                              (888)308-1119 ext. 11
                                              (888)535-8267 fax
                                              R.Amador@centenniallawoffices.com