# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **RONALD FRECHETTE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:15-cv-00676-SWW |
| | ) |
| **ALLIED INTERSTATE LLC;** | ) |
| and DOE 1-5, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

March 22, 2016

s/Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff Ronald Frechette
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com

**CERTIFICATE OF SERVICE**

    I certify that on this date, March 22, 2016, I caused a copy of the foregoing

Notice of Settlement to be mailed, First Class U.S. Mail, to the following party:

ALLIED INTERSTATE LLC
12755 State Highway 55, Suite 300
Plymouth MN 55441

                                                     s/Robert Amador
                                                     ROBERT AMADOR, ESQ.
                                                     Attorney for Plaintiff Ronald Frechette
                                                     Centennial Law Offices
                                                     9452 Telephone Rd. 156
                                                     Ventura, CA. 93004
                                                     (888)308-1119 ext. 11
                                                     (888)535-8267 fax
                                                     R.Amador@centenniallawoffices.com